UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00113
21 U.S.C. § 841(a)(1)

MACKENZIE BREANNA HARDWICK

# I N F O R M A T I O N

The United States Attorney Charges:

On or about July 27, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant MACKENZIE BREANNA HARDWICK knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: /s/ L. Shamblin
LESLEY SHAMBLIN
Assistant United States Attorney